IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CRAIG ALAN PIERI,

      Petitioner,

v.                                   No. CV 12-165 MCA/LAM

JAMES LOPEZ, et al.,

      Respondents.

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on Magistrate Judge Lourdes A. Martínez' *Proposed Findings and Recommended Disposition (Doc. 16)*, filed on October 19, 2012.  No party has filed objections to the proposed findings and recommended disposition and the deadline for filing objections has passed.  The Court has determined that it will adopt the *Proposed Findings and Recommended Disposition (Doc. 16)* and dismiss this case without prejudice.

**IT IS THEREFORE ORDERED** that the *Proposed Findings and Recommended Disposition (Doc. 16)* are **ADOPTED** by the Court.

**IT IS FURTHER ORDERED** that this case be **DISMISSED WITHOUT PREJUDICE** and that a final judgment be entered concurrently with this order.

**IT IS SO ORDERED.**

Dated this 31st day of December, 2012.

**THE HONORABLE M. CHRISTINA ARMIJO**
**CHIEF UNITED STATES DISTRICT JUDGE**